**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**PAUL ROMANOWSKI, etc.,**

    **Plaintiff(s),**

**v.**                                                            **Case No.  8:05-cv-1500-T-30EAJ**

**NESTLE WATERS NORTH AMERICA,**
**INC.,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

The Court has been advised via a Joint Notice of Tentative Settlement (Dkt. #93) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>ninety (90) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 90-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on September 12, 2006.

                                                           JAMES S. MOODY, JR.
                                                           UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2005\05-cv-1500.dismissal 93.wpd